UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cheryl Ann Perrotta, Debtor,

Case No.: 19-20753 (JKS)
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_Eric R. Perkins_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building  50 Walnut Street  Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood, USBJ on September 17, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 15 Union Place  Ridgefield Park, NJ 07660  $334,000 as per CMA provided by Debtor |

| Liens on property: | Mortgage in the amount of $355,000 |

| Amount of equity claimed as exempt: | $10,000 |

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039
Telephone No.: 973-422-1100

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-20753-JKS
Cheryl Ann Perrotta                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Aug 19, 2019
                              Form ID: pdf905            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db              +Cheryl Ann Perrotta,    15 Union Place,    Ridgefield Park, NJ 07660-1223
518270482       +Action Title Research,    611 US Highway 46 West,    Hasbrouck Heights, NJ 07604-3120
518270484       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
518270483       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
518270485      #+Anne Teresa Gelormino,    454 East 40th Street,    Paterson, NJ 07504-1204
518270486       +Anthony J. Migliaccio,    American Express,    500 N. Franklin Tpke,    PO Box 278,
                 Ramsey, NJ 07446-0278
518270487      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
518270488       +Bart Gelormino, Esq.,    188 Euclid Avenue,    Hackensack, NJ 07601-3625
518270489       +Bloomingdales,    P.O. Box 78008,    Phoenix, AZ 85062-8008
518270490       +Cenlar,   P.O. Box 77404,    Ewing, NJ 08628-6404
518270491       +Charles Jones,    aka Signture Information,    300 Phillips Blvd.,,    Trenton, NJ 08618-1400
518270492       +Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
518270493       +Chase weiss & Kehoe,    190 Moore Street Suite 203,    Hackensack, NJ 07601-7418
518270494       +Chicago Title Agency,    Two tower Center Blvd 12th floor,    East Brunswick, NJ 08816-1100
518270495       +Ditech Home Loans,    1100 Virginia Drive,    Suite 100A,    Fort Washington, PA 19034-3276
518270496       +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                 Houston, TX 77081-1108
518270498       +Jaffe & Asher LLP,    600 Third Avenue,    New York, NY 10016-1901
518270499       +KML Law Group,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
518270500       +Leaf,   P.O. Box 742647,    Cincinnati, OH 45274-2647
518270502      #+National Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
518270503       +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
518270504       +Pioneer Credit Recovery Inc.,    26 Edward St,,    Arcade, NY 14009-1012
518270505       +Radius Global Solutions LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
518270506      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,
                 50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695)
518270507        Stewart Title Guaranty Co,,    1B Waterview Blvd,    Parsippany, NJ 07054
518270510       +Volvo Car Financial Services,    P.O. Box 91300,    Mobile, AL 36691-1300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518270497       +E-mail/Text: cio.bncmail@irs.gov Aug 20 2019 00:20:13      Internal Revenue Service,
                 2970 Market Street,    Mail Stop 5-Q30.133,    Philadelphia, PA 19104-5002
518270501       +E-mail/Text: bknotices@mbandw.com Aug 20 2019 00:21:12      McCarthy Burgess Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
518270508       +E-mail/Text: bnc@alltran.com Aug 20 2019 00:19:52      United Recovery Systems, LP,
                 PO Box 722929,    Houston, TX 77272-2929
518270509       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2019 00:19:01
                 Verizon,   P.O. Box 4833,    Trenton, NJ 08650-4833
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Aug 19, 2019
                               Form ID: pdf905              Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Michael G. Boyd    on behalf of Debtor Cheryl Ann Perrotta michaelboydlaw@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6
```