**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cheryl Ann Perrotta<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1823<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–20753–JKS | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cheryl Ann Perrotta

9/13/19    **By the court:**    John K. Sherwood
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-20753-JKS
Cheryl Ann Perrotta                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 13, 2019
                              Form ID: 318             Total Noticed: 32
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             +Cheryl Ann Perrotta,    15 Union Place,    Ridgefield Park, NJ 07660-1223
518270482      +Action Title Research,    611 US Highway 46 West,    Hasbrouck Heights, NJ 07604-3120
518270485     #+Anne Teresa Gelormino,    454 East 40th Street,    Paterson, NJ 07504-1204
518270486      +Anthony J. Migliaccio,    American Express,    500 N. Franklin Tpke,    PO Box 278,
                 Ramsey, NJ 07446-0278
518270488      +Bart Gelormino, Esq.,    188 Euclid Avenue,    Hackensack, NJ 07601-3625
518270489      +Bloomingdales,    P.O. Box 78008,    Phoenix, AZ 85062-8008
518270490      +Cenlar,    P.O. Box 77404,    Ewing, NJ 08628-6404
518270491      +Charles Jones,    aka Signture Information,    300 Phillips Blvd.,,    Trenton, NJ 08618-1400
518270493      +Chase weiss & Kehoe,    190 Moore Street Suite 203,    Hackensack, NJ 07601-7418
518270494      +Chicago Title Agency,    Two tower Center Blvd 12th floor,    East Brunswick, NJ 08816-1100
518270495      +Ditech Home Loans,    1100 Virginia Drive,    Suite 100A,    Fort Washington, PA 19034-3276
518270496      +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                 Houston, TX 77081-1108
518270498      +Jaffe & Asher LLP,    600 Third Avenue,    New York, NY 10016-1901
518270499      +KML Law Group,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
518270500      +Leaf,    P.O. Box 742647,    Cincinnati, OH 45274-2647
518270502     #+National Credit Inc,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
518270503      +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
518270504      +Pioneer Credit Recovery Inc.,    26 Edward St,,    Arcade, NY 14009-1012
518270505      +Radius Global Solutions LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
518270506     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,
                 50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695)
518270507       Stewart Title Guaranty Co,,    1B Waterview Blvd,    Parsippany, NJ 07054
518270510      +Volvo Car Financial Services,    P.O. Box 91300,    Mobile, AL 36691-1300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518270483      +EDI: AMEREXPR.COM Sep 14 2019 04:08:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
518270484      +EDI: AMEREXPR.COM Sep 14 2019 04:08:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
518270487       EDI: BANKAMER.COM Sep 14 2019 04:08:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
518270492      +EDI: CHASE.COM Sep 14 2019 04:08:00      Chase Card Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
518270497      +EDI: IRS.COM Sep 14 2019 04:08:00      Internal Revenue Service,    2970 Market Street,
                 Mail Stop 5-Q30.133,    Philadelphia, PA 19104-5002
518270501       E-mail/Text: bknotices@mbandw.com Sep 14 2019 00:37:38     McCarthy Burgess Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
518270508      +EDI: URSI.COM Sep 14 2019 04:08:00      United Recovery Systems, LP,    PO Box 722929,
                 Houston, TX 77272-2929
518270509      +EDI: VERIZONCOMB.COM Sep 14 2019 04:08:00      Verizon,    P.O. Box 4833,
                 Trenton, NJ 08650-4833
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 13, 2019
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins     on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Michael G. Boyd    on behalf of Debtor Cheryl Ann Perrotta michaelboydlaw@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```